## 13673.  AUSTIN v. THE STATE.

LUKE, J.  The defendant was indicted for the offense of assault with in-
tent to murder and was convicted of shooting at another not in his
own defense.  The evidence authorized the conviction.  There is no
merit in the assignments of error upon excerpts from the charge of the
court.  The charge of the court was adjusted to the evidence and the
defendant's statement.  For no reason assigned did the court err in
overruling the motion for a new trial.
    *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
                        DECIDED JULY 25, 1922.
    Indictment for assault with intent to murder; from Camden
superior court — Judge Highsmith.  May 4, 1922.
    *Cowart & Vocelle,* for plaintiff in error.
    *Alvin W. Sellers, solicitor-general,* contra.